THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* SOPHRONIA THOMPSON, Appellant.

Submitted December 3, 1937; decided January 4, 1938.

*Samuel B. Stewart, Jr.,* for appellant.

*William Copeland Dodge, District Attorney (Edwin J. Talley* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.